UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ANTONIA FRANCO,<br><br>Petitioner,<br><br>v.<br><br>JANEL ESPINOZA, Warden,<br><br>Respondent. | No. 1:18-cv-00057-DAD-SKO (HC)<br><br>**ORDER CLARIFYING ORDER REQUIRING RESPONDENT TO FILE A RESPONSE** |

Petitioner, Maria Antonia Franco, is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 12, 2018, Petitioner, through counsel, filed an amended petition for writ of habeas corpus. (Doc. 14). On December 11, 2018, the undersigned directed respondent to respond to the petition within sixty days.

On January 18, 2019, Respondent requested the undersigned clarify whether Respondent should respond to the original petition for writ of habeas corpus, (Doc. 1), filed on November 3, 2017, or the amended petition for writ of habeas corpus. Respondent shall respond to the amended petition for writ of habeas corpus, (Doc. 14), filed on November 12, 2018.

1

This order does not change the deadlines established in the Order Directing Respondent to File a Response to the Petition, (Doc. 17), signed on December 11, 2018.

IT IS SO ORDERED.

Dated: __**January 22, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE